UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDDIE TUCKER** | ) CIVIL ACTION NO. 07-5248 |
| | ) |
| **VERSUS** | ) SECTION : "J" |
| | ) |
| **GRANITE CONSTRUCTION COMPANY and** | ) MAGISTRATE: 5 |
| **ARCHER WESTERN CONTRACTORS** | ) |

## FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

The first amended and supplemental complaint of Eddie Tucker, a person of the full age of majority and resident of the State of Mississippi (hereinafter sometimes referred to as "Plaintiff"), who respectfully represents as follows:

1.

The original complaint in this matter was filed with an incorrect caption. Plaintiff wishes the caption to be amended to read as follows and as listed above in the now-corrected caption:

"Eddie Tucker v. Granite Construction Company and Archer Western Contractors"

2.

The correct case number, section, and division, as assigned by the Clerk of Court, are case number **07-5248, Section J, Magistrate 5.**

1

3.

No defendant has filed any Answer yet in this matter.

4.

Plaintiff realleges and re-avers each and every allegation of his original Seaman's Complaint as if copied herein extenso.

**RESPECTFULLY SUBMITTED BY:**

*/S/ Alaraby Johnson*
**RONNA STEELE (#20006) T.A.**
**ALARABY JOHNSON (#29606)**
3221 Behrman Place
Suite 105
New Orleans, LA 70114
Telephone (504) 366-3475
Fax: 504-361-4752
rsteele@usagulf.com
ajohnson@usagulf.com
Attorneys for Eddie Tucker