UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDDIE TUCKER | * | CIVIL ACTION NO.: 07-5248 |
| | * | |
| VERSUS | * | SECTION: "J " |
| | * | |
| GRANITE CONSTRUCTION | * | MAGISTRATE (5) |
| COMPANY and ARCHER WESTERN | * | |
| CONTRACTORS | * | |

## MOTION TO DISMISS

On motion of the parties herein, through their undersigned attorneys, it is suggested to the Court that all of the matters which are the subject of the Complaint and First Supplemental and Amending Complaint herein have been fully settled, satisfied and compromised and, accordingly, that same should be dismissed with prejudice, as of compromise, with each party bearing its own costs.

Respectfully submitted,

   /s/   Rufus C. Harris, III
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
CINDY G. MARTIN (#25159)
JILL S. WILLHOFT (#28990)
HARRIS & RUFTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Attorneys for Granite Construction Company

1

    /s/   Ronna Steele
RONNA STEELE (# 20006)
ALARABY JOHNSON (#29606)
3221 Behrman Place, Suite 105
New Orleans, LA 70114
Telephone: (504) 366-3475
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDDIE TUCKER | * | CIVIL ACTION NO.: 07-5248 |
| | * | |
| VERSUS | * | SECTION: "J" |
| | * | |
| GRANITE CONSTRUCTION | * | MAGISTRATE (5) |
| COMPANY and ARCHER WESTERN | * | |
| CONTRACTORS | * | |

## ORDER

IT IS ORDERED that the Complaint and Supplemental and Amending Complaint herein be, and the same is hereby dismissed, with prejudice, as of compromise, with each party bearing its own costs.

New Orleans, Louisiana, this _____day of July, 2008.

_____
**JUDGE**