UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| EDDIE TUCKER | CIVIL ACTION |
|---|---|
| VERSUS | NO: 07-5248 |
| GRANITE CONSTRUCTION COMPANY, ET AL | SECTION: J |

**ORDER**

Before the Court is the parties' **Motion to Dismiss (Rec. Doc. 12).** Accordingly,

**IT IS ORDERED** that the claims of Eddie Tucker against Granite Construction Company and Archer Western Contractors be and are hereby **DISMISSED**, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this 14th day of July, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1